In the Matter of the Complaint of HER-CULES CARRIERS, INC., for exoneration from or limitation of liability as Owner of the M/V SUMMIT VENTURE, Plaintiffs-Appellees,

v.

STATE OF FLORIDA, et al., Claimants,

Canadian Transport Company, Clipper Maritime Co., Ltd., I.S. Joseph Company, Inc., Ultraocean S.A., Sabine Towing & Transportation Company, Claimants-Appellants.

In the Matter of the Complaint of the UNITED STATES of America, as Owner of the USCGC BLACKTHORN, for exoneration from or limitation of liability, Plaintiff-Appellee,

v.

I.S. JOSEPH SHIPPING, LTD., I.S. Joseph Company, Inc., Clipper Maritime Co., Ltd., Pell Nederland, B.V. Termar Navigation Company, Turbana Banana Corp., Gulfcoast Transit Co., ABC Containerline, N.V., Wallenius Rederierna and Motorships, Inc., A/B Helsingfors Steamship Co., Ltd., and Alianza Naviera Argentina, D.A., Marthanassa Compania Naviera, S.A., Navios Corp. and Oceanside Ltd., et al., Claimants-Appellants.

Nos. 81–6005, 81–6078.

United States Court of Appeals,
Eleventh Circuit.

March 30, 1984.

Jack C. Rinard, MacFarlane, Ferguson, Allison & Kelly, Ted R. Manry, III, Tampa, Fla., for claimants-appellants in both cases.

Holland & Knight, Gregg D. Thomas, Tampa, Fla., for claimants-appellants in No. 81–6078.

Kent Westmoreland and Robert C. Tarics, Houston, Tex., for Sabine Towing & Transp. Co.

Dewey R. Villareal, Jr., Tampa, Fla., for Kingston Shipping Co., Inc., Apex Marine Corp. and Hercules Carriers.

Arthur L. Schechter, Houston, Tex., for Kingston Shipping Co., Inc. and Apex Marine Corp.

James O. Davis, Jr., Tampa, Fla., for Judith T. Curtin.

Richard F. Ralph, Miami, Fla., for Greyhound Lines.

David G. Hanlon, Tampa, Fla., for State of Fla. (Dept. of Transp.).

David V. Hutchinson, Civ. Div., Torts Branch, U.S. Dept. of Justice, Washington, D.C., for plaintiff-appellee in No. 81–6078.

Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HENDERSON, HATCHETT, ANDERSON and CLARK, Circuit Judges. On petition for rehearing in banc of 720 F.2d 1201.

PER CURIAM:

Because the court is equally divided as to whether to affirm or reverse, the judgment of the district court is AFFIRMED by operation of law.

UNITED STATES of America,
Plaintiff-Appellee,

v.

Peter Miguel LOPEZ,
Defendant-Appellant.

No. 82–6117
Non-Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 30, 1984.

Rehearing and Rehearing En Banc
Denied May 7, 1984.